**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMEIO MACK,

     **Plaintiff,**

v.                  **CASE NO.:**   8:25-cv-3463-kckm-CPT

CSX TRANSPORTATION, INC.,

     **Defendant.**

                                      /

DEC 18 2025 AM9:16
FILED - USDC - FLMD - TPA

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, AMEIO MACK, brings this action against Defendant, CSX TRANSPORTATION, INC. ("Defendant"), and in support of his claims states as follows:

### INTRODUCTION

1.    This is an action for race discrimination, and disparate treatment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2.    Plaintiff seeks reinstatement, back pay, front pay, compensatory damages, punitive damages, costs, and any additional relief this Court deems just and proper.

### JURISDICTION AND VENUE

3.    This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e–5(f)(3).

4.    Venue is proper in the Middle District of Florida because all of the events giving rise to these claims occurred in Hillsborough County, Florida.

### PARTIES

5.    Plaintiff is a resident of Hillsborough County, Florida.

6.    Defendant CSX Transportation, Inc. is a foreign corporation authorized to conduct business in Florida and employed more than 15 employees during all relevant times.


TPA-73495

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.     Plaintiff filed a timely Charge of Discrimination with the EEOC (No. 511-2025-04686).

8.     On September 22, 2025, the EEOC issued Plaintiff a Notice of Right to Sue.

9.     Plaintiff files this Complaint within 90 days of receiving the Right-to-Sue notice.

## FACTS

10.    Plaintiff began working for CSX on July 23, 2023.

11.    Plaintiff performed his job duties satisfactorily at all relevant times.

12.    Plaintiff was arrested off-duty for a matter unrelated to work. Plaintiff was not convicted, serval charges were dismissed based on police misconduct, and adjudication was withheld on minor traffic violations.

13.    CSX charged Plaintiff with violating Rule 104.4 ("criminal conduct"), even though there was no connection to CSX or his job.

14.    A white comparator, employee Thomas Evonosky, was arrested for DUI with property damage and injuries. He pleaded guilty and was placed on probation. CSX took no disciplinary action and allowed him to continue working.

15.    CSX did not investigate or discipline the white comparator in the same manner as Plaintiff, demonstrating disparate treatment.

16.    Plaintiff's termination occurred on April 25, 2025, following a biased investigation.

17.    Defendant's stated reasons were false, retaliatory, and pretextual.

## COUNT I – RACE DISCRIMINATION
## (TITLE VII)

18.    Plaintiff realleges and incorporates all prior paragraphs.

19.    Defendant treated Plaintiff less favorably than similarly situated white employees.

20.    A white comparator with more serious conduct was not terminated.

21.    Plaintiff suffered damages including lost wages, benefits, and emotional distress.

22.    WHEREFORE, Plaintiff requests judgment against Defendant for back pay, front pay, compensatory damages, punitive damages, reinstatement, costs, and all other relief deemed just.

## COUNT II – DISPARATE TREATMENT
### TITLE VII

23.    Plaintiff realleges and incorporates all prior paragraphs.

24.    Defendant enforced its rules more harshly against Plaintiff than white employees.

25.    The disparate discipline was intentional, discriminatory, and unlawful.

26.    WHEREFORE, Plaintiff requests judgment against Defendant for damages, reinstatement, attorney's fees (if applicable), and all relief deemed proper.

***WHEREFORE***, Plaintiff demands:

27.    A jury trial on all issues so triable;

28.    That process issue and that this Court take jurisdiction over the case;

29.    Compensation for lost wages, benefits, and other remuneration;

30.    Compensatory damages, including emotional distress, allowable at law; and

31.    For such further relief as this Court deems just and equitable.

3

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.


Dated this 18 day of December, 2025.


Respectfully submitted,

**AMEIO MACK**
2421 E. Cayuga Street
Tampa, Florida 33610
Phone: (813) 484-9134
Email: ameiomack@gmail.com

4